IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOMBADIER CAPITAL, INC. | ) |
|         Plaintiff, | ) |
| | ) Civil Action No. 05-34 Erie |
|     v. | ) |
| CYCLE CITY OF ERIE, INC., et al., | ) |
|         Defendants. | ) |

**O R D E R**

AND NOW, *to wit*, this 14th day of July, 2005, the Court being advised that the parties have reached an agreement upon a settlement in the above-captioned matter,

IT IS HEREBY ORDERED that the Clerk mark this case administratively closed. The parties should file a Rule 41 Stipulation for Dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time. Should it become necessary, any party may initiate further action with the Court as if this Order had not been entered.

                                                s/ Sean J. McLaughlin
                                                United States District Judge

cm: All counsel of record.