Peter S. Bejsiuk, Esq.
PB9598
PA Atty ID 35923
**CAPEHART & SCATCHARD, P.A.**
A Professional Corporation
Laurel Corporate Center, Suite 300
8000 Midlantic Drive
Mount Laurel, N.J. 08054
(856) 234-6800
**Attorneys for Plaintiff Bombardier Capital Inc.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
(Erie Vicinage)

| | |
|---|---|
| BOMBARDIER CAPITAL INC. : | |
| : | CASE NO. 05-34E |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| CYCLE CITY OF ERIE, INC., J. WILLIAM : | |
| PUSTELAK, and AUDREY PUSTELAK, : | |
| : | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS OR ATTORNEYS' FEES**

**WHEREAS,** the Plaintiff, Bombardier Capital Inc. and Defendants, Cycle City of Erie, Inc., J. William Pustelak, and Audrey Pustelak, have amicably resolved all disputes raised in the above captioned matter; and

- 1 -

H:\LE\B\bci05181\503865.doc

NOW, THEREFORE, the Plaintiff, Bombardier Capital Inc., and Defendants, Defendants, Cycle City of Erie, Inc., J. William Pustelak, and Audrey Pustelak,., do hereby stipulate, agree, consent, direct, and authorize the Clerk of the United States District Court, Western District of Pennsylvania to dismiss the Verified Complaint for Temporary Restraints, Replevin, and Money Damages, with prejudice and without costs or attorneys' fees, in the above captioned matter.

|  |  |
|---|---|
| Elderkin, Martin, Kelly & Messina | Capehart & Scatchard, P.A.<br>Attorneys for Plaintiff,<br>Bombardier Capital Inc. |
| By: _____<br>Christopher J. Kovski, Esq. | By: _____<br>Peter S. Bejsiuk, esq. |
| Dated: July 22, 2005 | Dated: July 25, 2005 |


**CAPEHART SCATCHARD**
ATTORNEYS AT LAW

Peter S. Bejsiuk
856.914.2057
pbejsiuk@capehart.com

July 27, 2005

Clerk
United States District Court
17 South Park Row
Erie, PA  16501

RE:    Bombardier Capital Inc. v. Cycle City of Erie, Inc., J. William Pustelak and Audrey Pustelak
**Civil Action No. 05-34E**
Our File No. 1018.05181

Dear Clerk:

Enclosed please find an original and one copy of Stipulation of Dismissal with Prejudice and Without Costs or Attorneys' Fees in the above captioned matter. I have also enclosed a copy on disk. Please file the Stipulation and return a "filed" copy in the return envelope provided. Thank you.

Very truly yours,

CAPEHART & SCATCHARD, P.A.

Peter S. Bejsiuk

Encl.
cc:    Christopher J. Kovski, Esq. (w/encl.)

H:\le\b\bci05181\504375.doc